# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANNY WILLIAMS, <br><br>   Plaintiff, <br><br> vs. <br><br>STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS et al., <br><br>   Defendants. | 3:14-cv-00640-RCJ-WGC <br><br>**ORDER** |

Plaintiff sued Defendants in state court under 42 U.S.C. § 1983 based on allegedly inadequate medical care. Defendants removed. The Court dismissed upon screening, without leave to amend. Plaintiff asks the Court to reconsider. The Court finds no basis for reconsideration.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Reconsider (ECF No. 41) is DENIED.

IT IS SO ORDERED.

Dated this 26th day of August, 2015.

             _____
             ROBERT C. JONES
             United States District Judge